*Emergency Professional Services, Inc. v The Memorial Hospital d/b/a Memorial Healthcare*

# EXHIBIT 1

# AFFIDAVIT OF ACCOUNT DUE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EMERGENCY PROFESSIONAL
SERVICES, INC., an Ohio corporation,

    Plaintiff,

v.

    Case No:

THE MEMORIAL HOSPITAL
d/b/a MEMORIAL HEALTHCARE,
a Michigan nonprofit corporation,

    Defendant.

---

## AFFIDAVIT OF ACCOUNT DUE

STATE OF MICHIGAN    )
    ) SS.
COUNTY OF Wayne    )

I, MICHAEL LONG, being first duly sworn, depose and say that:

1.    I am an officer for Emergency Professional Services, Inc. and, if called upon as a witness, can testify competently as to all matters set forth herein.

2.    The Memorial Hospital d/b/a Memorial Healthcare is presently indebted to Emergency Professional Services, Inc. on open account in the principal amount of Three Hundred Seventy Two Thousand Six Hundred Twenty Five and 91/100 Dollars ($372,625.91).

{continued on following page}

Further Affiant sayeth not.

By: Michael Long
Its: Senior Vice-President

STATE OF MICHIGAN    )
                     ) SS
COUNTY OF Wayne      )

On the 7th day of November, 2018, before me, the undersigned, a Notary Public in and for said state, personally appeared Michael Long, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that executed it.

Subscribed and sworn to before me this 7th day of November, 2018.

_Elizabeth M Hergus_, Notary Public
Wayne County, Michigan
My Commission Expires: 5/12/2024
Acting in the County of Wayne

2